DANIEL J. BRODERICK, Bar #89424
Federal Defender
JEREMY S. KROGER, Bar # 258956
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
LAFAELE FETALINA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:11-CR-202 LJO-1 |
| Plaintiff, | |
| v. | STIPULATION TO CONTINUE SENTENCING SCHEDULE AND HEARING AND ORDER |
| LAFAELE FETALINA, | |
| Defendant. | Date: March 26, 2012<br>Time: 8:30 a.m.<br>Dept : Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their respective attorneys of record, that the sentencing hearing in the above-entitled case currently set for Monday, March 12, 2012, may be continued to **March 26, 2012, at 8:30 a.m.** Consistent with this new sentencing date, the parties further stipulate that informal objections shall be submitted on **March 5, 2012**, and formal objections shall be submitted on **March 19, 2012.**

The defense requests this continuance because the defense is informed by its psychological expert that the expert report will not be available in time for the currently-scheduled sentencing date, due in part to the volume of psychological records which date back to Mr. Fetalina's adolescence.

///

///

///

1 | The parties agree that the delay resulting from the continuance shall be excluded in the interests of
2 | justice, including but not limited to, the need for the period of time set forth herein for further defense
3 | preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

BENJAMIN B. WAGNER
United States Attorney

DATED: February 9, 2012    By:    /s/ Yasin Mohammad
YASIN MOHAMMAD
Assistant United States Attorney
Attorney for Plaintiff


DANIEL J. BRODERICK
Federal Defender

DATED: February 9, 2012    By:    /s/ Jeremy S. Kroger
JEREMY S. KROGER
Assistant Federal Defender
Attorney for Defendant
Lafaele Fetalina

**O R D E R**

**Granted. Good cause exists.** Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

IT IS SO ORDERED.

**Dated:   February 9, 2012**         /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE