1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  ANN H. VORIS, Bar #100433
   Assistant Federal Defender
3  JEREMY S. KROGER, Bar #258956
   Assistant Federal Defender
4  2300 Tulare Street, Suite 330
   Fresno, California 93721-2226
5  Telephone: (559) 487-5561

6  Attorney for Defendant
   LAFAELE FETALINA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:11-cr-00202 LJO |
| Plaintiff, | **SEALING ORDER** |
| v. | |
| LAFAELE FETALINA, | Court: Hon. Lawrence J. O'Neill |
| Defendant. | |

GOOD CAUSE APPEARING, it is HEREBY ORDERED that defendant *Lafaele Fetalina's Sentencing Memorandum and this Motion to File Documents Under Seal* shall be filed ***under seal*** pending further order of the court.

**IT IS SO ORDERED.**

DATED: March 20, 2012

 /s/ Lawrence J. O'Neill
LAWRENCE J. O'NEILL, Judge
United States District Court