| | |
|---|---|
| BENJAMIN B. WAGNER | |
| United States Attorney | |
| YASIN MOHAMMAD | |
| Assistant U.S. Attorney | |
| 4401 Federal Building | |
| 2500 Tulare St. | |
| Fresno, CA 93721 | |
| (559) 497-4000 | |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:11-CR-202 LJO |
| | ) | |
| Plaintiff, | ) | **STIPULATION TO CONTINUE** |
| | ) | **SENTENCING** |
| v. | ) | |
| | ) | |
| LAFAELE FETALINA, | ) | Date: March 26, 2012 |
| | ) | Time: 8:30 a.m. |
| Defendant. | ) | Judge: Hon. Lawrence J. O'Neill |
| | ) | |

After the sentencing date in this matter was set, the Assistant U.S. Attorney on the case was informed that he was accepted to a course at the National Advocacy Center on the East Coast that conflicts with the current sentencing date. To allow the government attorney to attend both the course and the sentencing in this matter, the parties stipulate and request that the sentencing be continued to April 2, 2012 at 8:30 a.m.

                                                                                        BENJAMIN B. WAGNER
                                                                                        United States Attorney

DATED: <u>March 21, 2012</u>                              By: <u>/s/ Yasin Mohammad</u>
                                                                                  YASIN MOHAMMAD
                                                                                  Assistant U.S. Attorney

DATED: <u>March 21, 2011</u>                              By: <u>/s/ Jeremy Kroger</u>
                                                                                  Jeremy Kroger
                                                                                  Attorney for Defendant

|     |     |     |
| --- | --- | --- |
| 1   | IN THE UNITED STATES DISTRICT COURT | |
| 2   | EASTERN DISTRICT OF CALIFORNIA | |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:11-CR-202 LJO |
| | ) | |
| Plaintiff, | ) | **ORDER TO CONTINUE SENTENCING** |
| v. | ) | |
| LAFAELE FETALINA, | ) | |
| | ) | Date: April 2, 2012 |
| Defendant. | ) | Time: 8:30 a.m. |
| | ) | Judge: Hon. Lawrence J. O'Neill |

### **ORDER**

Good cause has been shown, so the sentencing of Lafaele Fetalina is continued to April 2, 2012 at 8:30 a.m.

IT IS SO ORDERED.

Dated: **March 21, 2012**             /s/ Lawrence J. O'Neill
                                      UNITED STATES DISTRICT JUDGE